USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :

ERNEST MOORE, *individually and on behalf of*  :
*all others similarly situated*,                                 :

                                        Plaintiff,      :      **ORDER OF DISMISSAL**

            -v-                                                   :      17-CV-6654 (JMF) (JLC)

33 UNION SQUARE WEST, INC., *d/b/a*         :
UNION SQUARE WINE & SPIRITS, *and*      :
MITCHELL SOODAK,                                   :

                                        Defendants.  :
-------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

       WHEREAS, the parties in this wage-and-hour case participated in a settlement conference with the undersigned today, which resulted in a settlement of all claims in the case;

       WHEREAS, the parties consented on the record to my jurisdiction under 28 U.S.C. § 636(c) for purposes of reviewing and approving their proposed settlement and signed a consent form to that effect;

       WHEREAS, the parties put all of the terms of their settlement on the record before the undersigned in open court; and

       WHEREAS, the Court reviewed and approved the parties' settlement under *Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2d Cir. 2015), finding that all of its terms (including the allocation of attorneys' fees and costs) appear to be fair and reasonable under the totality of the circumstances (and in light of the factors enumerated in *Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335 (S.D.N.Y. 2012);

IT IS HEREBY ORDERED that this action is dismissed in its entirety with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. All previously-set deadlines are adjourned *sine die*. The Clerk is respectfully directed to close this case.

**SO ORDERED.**

Dated: New York, New York
       November 15, 2017

_____
JAMES L. COTT
United States Magistrate Judge

2